*In re Custody of M.S. et al. Criswell, Petitioner, v. Div. of Children & Family Servs., Respondent*, No. 93506-8. Petition for review of a decision of the Court of Appeals, No. 33132-6-III, June 14, 2016, 194 Wn. App. 1033. *Dismissed* February 8, 2017.

*Hoffman et al., Respondents, v. Gen. Elec. Co. et al., Petitioners*, No. 93581-5. Petitions for review of a decision of the Court of Appeals, No. 47439-5-II, August 9, 2016, 195 Wn. App. 1037. *Denied* February 8, 2017.

*Bohon, Petitioner, v. City of Stanwood, Respondent*, No. 93589-1. Petition for review of a decision of the Court of Appeals, No. 73195-5-I, June 13, 2016, 194 Wn. App. 1028. *Dismissed* February 8, 2017.

*In re Adoption of K.M.T.*, No. 93632-3. Petition for review of a decision of the Court of Appeals, No. 47697-5-II, August 23, 2016, 195 Wn. App. 548. *Denied* February 8, 2017.

*State, Respondent, v. Stomps, Petitioner*, No. 93657-9. Petition for review of a decision of the Court of Appeals, No. 47546-4-II, July 19, 2016, 195 Wn. App. 1007. *Denied* February 8, 2017.

*Easterly et al., Respondents, v. Clark County, Petitioner*, No. 93658-7. Petition for review of a decision of the Court of Appeals, No. 74840-8-I, June 13, 2016, 194 Wn. App. 1029. *Denied* February 8, 2017.

*In re Estate of Langeland. Boone, Appellant, v. Drown, Respondent*, No. 93665-0. Petition for review of a decision of the Court of Appeals, Nos. 72758-3-I and 72759-1-I, July 18, 2016, 195 Wn. App. 74. *Denied* February 8, 2017.

*In re Estate of Rivas. Rivas, Appellant, v. Rivas et al., Respondents*, No. 93676-5. Petition for review of a decision of the Court of Appeals, No. 73537-3-I, August 1, 2016, 195 Wn. App. 1026. *Denied* February 8, 2017.